# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Madeline Cox Arleo |
| v. | : | Mag. No. 14-8038 |
| DEVENDER SINGH | : | **CRIMINAL COMPLAINT** |

I, Jason Carley, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 2, 2014, in the District of New Jersey and elsewhere, defendant Devender Singh:

> in the special aircraft jurisdiction of the United States, while on board and during a flight which originated in Houston, Texas and landed at Newark Liberty International Airport, did knowingly engage in sexual contact with an adult female (the "Victim"), to wit, the intentional touching, directly and through the clothing, of the breast, without the Victim's permission, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of another person.

In violation of Title 18, United States Code, Section 2244(b) and Title 49, United States Code, Section 46506.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHMENT A

continued on the attached page and made a part hereof.

_____
Jason Carley, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
March 3, 2014 at Newark, New Jersey

THE HONORABLE MADELINE COX ARLEO
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer

## ATTACHMENT A

I, Jason Carley, am a Special Agent with the Federal Bureau of Investigation. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about March 1, 2014, defendant DEVENDER SINGH was a male passenger aboard United Flight 1145 (the "Flight"), departing from Houston, Texas at approximately 9:12 p.m. and arriving at Newark Liberty International Airport at approximately 1:32 a.m the following morning.

2. Defendant DEVENDER SINGH was seated in or around seat 28B (a middle seat) next to a female passenger (the "Victim"), who was seated in or around seat 28A (a window seat). The Victim, who was traveling alone, did not know defendant DEVENDER SINGH.

3. At some point during the Flight, the Victim fell asleep. Sometime thereafter, and while the aircraft was still in flight over the United States, the Victim awoke to find one of defendant DEVENDER SINGH's hands inside her shirt touching her breast and his other hand stroking his exposed penis. Defendant DEVENDER SINGH was also kissing the Victim's face and cheek.

4. The Victim immediately pushed defendant DEVENDER SINGH off of her and told him to get away. Defendant DEVENDER SINGH zipped up his pants, got up from his seat, and walked toward the restroom.

5. The Victim went to the back of the plane, where she reported what had occurred to a flight crew member. The Victim told the flight crew member she wanted the police to be there when the plane landed.

6. Upon landing, law enforcement officers interviewed defendant DEVENDER SINGH who, after receiving Miranda warnings, admitted to, among other things, placing his hand inside the Victim's shirt and touching her chest area.