JJB/2014R00177

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 14-525 |
| | : | |
| DEVENDER SINGH | : | 18 U.S.C. § 2244(b) |
| | : | 49 U.S.C. § 46506 |

INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about March 2, 2014, in the District of New Jersey, and elsewhere, defendant

DEVENDER SINGH

in the special aircraft jurisdiction of the United States, while on board and during a flight which originated in Houston, Texas and landed at Newark Liberty International Airport, did knowingly engage in sexual contact with an adult female (the "Victim"), to wit, the intentional touching, directly and through the clothing, of the breast, without the Victim's permission, with an intent to abuse, humiliate, harass, degrade, arouse, and gratify the sexual desire any person.

In violation of Title 18, United States Code, Section 2244(b) and Title 49, United States Code, Section 46506.

*[signature]*
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 14-

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

DEVENDER SINGH

# INFORMATION FOR

18 U.S.C. § 2244(b)
49 U.S.C. § 46506

**PAUL J. FISHMAN**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

J. JAMARI BUXTON
*ASSISTANT U.S. ATTORNEY*
(973) 645-2023

USA-48AD 8
(Ed. 1/97)