UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**NEWARK**                                                                 September 10, 2014
**Judge Chesler**
**COURT REPORTER: KASHMER**                                  Docket No

<u>**TITLE OF CASE**</u>
USA

v.

**DEVENDER SINGH**

<u>**APPEARANCE:**</u>

J. Jameri Buxton, AUSA

Candace Hom, AFPD

Banu Daginawala-Interpeter Sworn

<u>**NATURE OF PROCEEDINGS**</u>:

PLEA TO INFORMATION

Defendant Sworn

Waiver of Indictment, fld.

Information,fld.

No Plea Agreement submitted

Rule 11 Form, fld.

Defendant pled guilty to count 1 of the Information

Ordered expedited sentence 10/23/14 at 11:00 a.m

Ordered defendant remanded.

30 min.

**s/Theresa C. Trivino, Senior Courtroom Deputy/Court Specialist**