UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**NEWARK**                                                      **OCTOBER 24, 2014**
**Judge Chesler**
**COURT REPORTER: KASHMER**                       **Docket No 14-525**

<u>**TITLE OF CASE**</u>
**UNITED STATES OF AMERICA**

**v.**

**DEVENDER SINGH (Defendant Present)**


<u>**APPEARANCE:**</u>

James Jamari Buxton,AUSA

Candace Hom, AFPD

Banu Daginawala Sworn as Interpreter


<u>**NATURE OF PROCEEDINGS:**</u>

**NON CONTESTED SENTENCE 50 minutes**

SENTENCE: 8 months on count one of the information

SUPERVISED RELEASE 2 years on count one of the information.

The defendant must submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.

SPECIAL CONDITIONS:

      COOPERATION WITH IMMIGRATION AND CUSTOMS ENFORCEMENT

      SEX OFFENDER REGISTRATION

SPECIAL ASSESSMENT: $100, which shall be due immediately.
The defendant is remanded to the custody of the U.S. Marshals Service. The Court recommends that the Bureau of Prisons designate a facility for service of this sentence as near as possible to the defendant's home address.
Defendant advised of right to appeal
Time Commenced 10:00
Time Adjourned 11:00
Total Time 1.0
1 hour


s/Theresa C. Trivino, Senior Courtroom Deputy/Court Specialist